James B. Sharp, Respondent, *v.* The Milwaukee Mechanics' Insurance Company, Appellant, and Wayne Building Loan and Accumulating Fund Association, Respondent.

*Sharpe* v. *M. M. Ins. Co.,* 8 App. Div. 354, affirmed.
(Argued January 31, 1899; decided February 28, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered upon an order made July 30, 1896, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*George F. Yeoman* for appellant.

*J. N. Hammond* and *George W. Pontius* for respondent Sharp.

*Fleming & Shoup* and *S. N. Sawyer* for respondent The Wayne Building Loan and Accumulating Fund Association.

Judgment and order affirmed, with costs, on opinion below. All concur.

———————

Elliott J. Smith, Appellant, *v.* William Nicoll, Respondent.

*Smith* v. *Nicoll,* 91 Hun, 173, affirmed.
(Argued January 31, 1899; decided February 28, 1899.)

Appeal from a judgment and order of the late General Term of the Supreme Court in the second judicial department, entered in December, 1895, affirming a judgment in favor of defendant entered upon a dismissal of the complaint on trial at Circuit.

*George H. Bruce* for appellant.

*Timothy M. Griffing* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.